UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-163 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS BENCH WARRANT |
| LESA K. JACOBSON, Defendant. | ) | |

This matter came before the Court prior to defendant's arrest on a bench warrant for failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 22 day of March, 2001.

[signature]

UNITED STATES MAGISTRATE JUDGE

MAR 22 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK